UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GAIL J. HUPPER, ET AL., Individually and on behalf of all persons similarly situated, )<br>)<br>Plaintiffs,    )<br>v.              )<br>)<br>JAGUAR LAND ROVER NORTH AMERICA, LLC. )<br>Defendant.    ) | CIVIL ACTION<br>NO. 24-12054-PBS |

## ORDER OF DISMISSAL

SARIS, D.J.

In accordance with the Court's Memorandum and Order dated March 3, 2025, allowing defendant's motion to dismiss (Docket No. 10), it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/ s / Clarilde-Karasek
Deputy Clerk

DATED: March 3, 2025